SMITH & WAIDE *v.* CULBERTSON & CO., ETC.

**Assignment for Benefit of Creditors—Lien—Non-acceptance by Trustee—Chancellor Will Appoint.**

> Before a lien has been acquired by a creditor a debtor may rightfully convey his property to all of his creditors, or to a trustee for their benefit and the non-acceptance of the trust, by the trustee, will not defeat the rights of the beneficiaries under the deed of assignment as the chancellor will appoint a trustee.

APPEAL FROM HANCOCK CIRCUIT COURT.

April 24, 1872.

OPINION BY JUDGE PETERS:

Appellants acquired no lien on the effects of their debtors by the institution of a suit against them merely, and before a lien had been acquired by the creditors the debtors might rightfully convey their property either directly to all the creditors or to a trustee, or assignee, in trust for them all; such disposition was

not only legal, but was just and equitable, the creditors being equally meritorious.  Nor did the right of the beneficiaries under the deed, depend upon the acceptance or non-acceptance, of the trustee; the chancellor would take charge of the estate conveyed and appoint a trustee if necessary.

As the judgment distributed the funds *pro rata* among all the creditors, appellants included, they have no just cause to complain.

Wherefore the judgment was *affirmed.*

*Kinchloe, Rodman, for appellant.*

*R. Y. Bush, for appellee.*